UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC J. LIVELY,<br><br>            Plaintiff,<br><br>     v.<br><br>SHIPLETT, *et al.*,<br><br>            Defendants. | Case No.  1:26-cv-04672-FJS (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO RANDOMLY ASSIGN DISTRICT JUDGE TO ACTION<br><br>FINDINGS AND RECOMMENDATIONS THAT PLAINTIFF'S MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS* BE DENIED<br><br>(ECF No. 2)<br><br>FOURTEEN (14) DAY DEADLINE |

Plaintiff Eric J. Lively ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

Plaintiff initiated this action on June 18, 2026, together with a motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF Nos. 1, 2.)

Examination of Plaintiff's trust account statement reveals that Plaintiff can afford the costs of this action. Specifically, Plaintiff's current available balance in his inmate trust account is $73,389.35. (ECF No. 62, p. 5.) Plaintiff also states that he owns "real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property" in the value of $45,000.00. (*Id.* at 3.) Plaintiff also receives monthly interest in amounts ranging from $220.00 to $250.00. (*Id.* at 5–6.)

Accordingly, the court HEREBY ORDERS the Clerk of the Court to randomly assign a district judge to this action.

Further, it is HEREBY RECOMMENDED that:

1. The motion to proceed *in forma pauperis*, (ECF No. 2), be DENIED; and

2. Plaintiff be ORDERED to pay the $405.00 initial filing fee in full to proceed with this action.

These findings and recommendations are submitted to the United States district judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l)(B). Within <u>fourteen (14) days</u> after being served with a copy of these findings and recommendations, a party may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." <u>Objections, if any, shall not exceed fifteen (15) pages or include exhibits.</u> Exhibits may be referenced by document and page number if already in the record before the court. Any pages filed in excess of the 15-page limit may not be considered. The parties are advised that failure to file objections within the specified time may result in the waiver of rights on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014). This recommendation is not an order that is immediately appealable to the Ninth Circuit Court of Appeals. Any notice of appeal pursuant to Federal Rule of Appellate Procedure 4(a)(1) should not be filed until entry of the district court's judgment.

IT IS SO ORDERED.

Dated:   **June 22, 2026**

UNITED STATES MAGISTRATE JUDGE

2