**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

ERIC J. LIVELY,

Plaintiff,

v.

SHIPLETT, *et al.*,

Defendants.

No. 1:26-cv-04672-JLT-FJS (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS THAT PLAINTIFF'S MOTIONS FOR LEAVE TO PROCEED *IN FORMA PAUPERIS* BE DENIED

(Doc. 6)

**TWENTY-ONE (21) DAY DEADLINE**

Plaintiff Eric J. Lively is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on June 18, 2026, together with a motion to proceed *in forma pauperis*. (Docs. 1, 2.)

On June 22, 2026, the assigned Magistrate Judge issued findings and recommendations that Plaintiff's application to proceed *in forma pauperis* be denied and that Plaintiff be required to pay the $405.00 filing fee in full to proceed with this action because he can afford the costs of this action. (Doc. 6.) Plaintiff timely filed objections on July 10, 2026. (Doc. 9.)

In his objections, Plaintiff argues that he was forced by the law librarian at Valley State Prison to file his complaint together with an application to proceed *in forma pauperis*, even though he wanted to pay the filing fee up front. (Doc. 9.) Plaintiff argues that forcing him to file the application violated his civil rights. Further, Plaintiff does not wish to proceed *in forma pauperis* because if his lawsuit is dismissed for failure to state a claim, it will count as a strike

under the PLRA. Plaintiff requests that if the filing fee is paid in full at once, that he not accrue a strike if the case is dismissed. Plaintiff also appears to request other injunctive relief related to his ability to file matters with the Court without interference by the law librarian. (*Id.*)

It appears Plaintiff has no objection to the denial of his application to proceed *in forma pauperis*, given his stated intention to pay the filing fee in full. Plaintiff will be permitted the opportunity to pay the filing fee in full to proceed with this action. The Court notes, however, that even in actions where the filing fee is paid and a prisoner-plaintiff is not proceeding *in forma pauperis*, a dismissal for failure to state a claim or for another qualifying reason may still be considered a "strike" under the PLRA. *Belanus v. Clark*, 796 F.3d 1021, 1029 (9th Cir. 2015).

To the extent Plaintiff requests other relief related to the law librarian or other staff at Valley State Prison, those requests are denied.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court concludes that the Magistrate Judge's findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on June 22, 2026, (Doc. 6), are adopted in full.
2. In accordance with 28 U.S.C. § 1915(g), Plaintiff's application to proceed *in forma pauperis*, (Doc. 2), is denied.
3. Within **twenty-one (21) days** following the date of service of this order, Plaintiff shall pay the $405.00 filing fee in full to proceed with this action.
4. **If Plaintiff fails to pay the filing fee within the specified time, this action will be dismissed without further notice.**

IT IS SO ORDERED.

Dated: July 16, 2026

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE