UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC J. LIVELY,<br><br>Plaintiff,<br><br>v.<br><br>SHIPLETT, *et al.*,<br><br>Defendants. | Case No. 1:26-cv-04672-JLT-FJS (PC)<br><br>ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S REQUEST FOR LEAVE TO AMEND COMPLAINT<br><br>(ECF No. 11) |

Plaintiff Eric J. Lively ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

Pursuant to the district judge's July 17, 2026, order adopting findings and recommendations that Plaintiff's motion for leave to proceed *in forma pauperis* be denied, on or before August 7, 2026, Plaintiff must pay the $405.00 filing fee in full to proceed with this action. (ECF No. 10.) Pending payment of the filing fee, Plaintiff's complaint, filed June 18, 2026, has not yet been screened.

Currently before the court is Plaintiff's request for leave to amend the complaint pursuant to Federal Rule of Civil Procedure 15, filed July 23, 2026. (ECF No. 11.) Plaintiff states that although he attempted to file this lawsuit a year ago, his files were saved on Word and were since converted to PDFs. The PDF files require Adobe, and he is locked out of them by Merced. Plaintiff requests a 90-day extension of time. (*Id.*)

As noted above, Plaintiff has not yet paid the filing fee to proceed with this action. Upon receipt of Plaintiff's filing fee, the operative complaint will be ready for screening. If, at that time, Plaintiff wishes to amend his complaint, he may file an amended complaint pursuant to Federal Rule of Civil Procedure 15 or request leave of court to do so, as appropriate. Until such time as the filing fee is paid, however, any amendments to the operative complaint are premature. The motion is therefore denied, without prejudice.

Based on the foregoing, IT IS HEREBY ORDERED as follows:

1. Plaintiff's request for leave to amend complaint, (ECF No. 11), is DENIED, without prejudice;
2. The $405.00 filing fee for this action remains due on or before August 7, 2026; and
3. If Plaintiff fails to pay the filing fee within the specified time, this action will be dismissed without further notice.

IT IS SO ORDERED.

Dated: **July 28, 2026**

UNITED STATES MAGISTRATE JUDGE