UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC J. LIVELY,<br><br>Plaintiff,<br><br>v.<br><br>SHIPLETT, *et al.*,<br><br>Defendants. | Case No. 1:26-cv-04672-JLT-FJS (PC)<br><br>ORDER CONFIRMING RECEIPT OF FILING FEE |

Plaintiff Eric J. Lively ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

On July 17, 2026, the assigned district judge issued an order denying Plaintiff's motion for leave to proceed *in forma pauperis* and directing Plaintiff to pay the filing fee within twenty-one days. (ECF No. 10.) Following an extension of time, Plaintiff's filing fee is due on or before September 21, 2026. (ECF No. 14.)

On August 21, 2026, the court received the $405.00 filing fee from Plaintiff's trust account. (Receipt number 100009300 for $405.00 for Eric Lively BF-9502 from State of California.)

By the instant order, the court confirms for Plaintiff that the $405.00 filing fee was received in full on August 21, 2026, and Plaintiff will be permitted to proceed in this action. Plaintiff's complaint will be screened in due course.

IT IS SO ORDERED.

Dated: **August 24, 2026**

UNITED STATES MAGISTRATE JUDGE